FILED
1998 SEP 30 AM 11: 36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JAMIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-AR-1992-M |
| | ) | |
| FORMER WARDEN JAMES DeLOACH, | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS COMMISSIONER | ) | |
| JOE HOPPER, and WARDEN RON | ) | |
| JONES, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
SEP 30 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on Setember 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 30th day of September, 1998.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE